Prob12A
(7/93)

# United States District Court
## for the District of Massachusetts
### Report on Offender Under Supervision

**Name of Offender:** Jose Duran                                **Case Number:** 03-CR-113-001 (D/ME)
                                                                                16-CR-10378 (D/MA)

**Name of Sentencing Judicial Officer:** Honorable D. Brock Hornby, U.S. District Judge
**Name of Assigned Judicial Officer D/MA:** Honorable Leo T. Sorokin, U.S. District Judge

**Date of Original Sentence:** 2/11/09
**Date of Revocation Sentence:** 2/26/18
**Date Sentence Reduced:** 9/4/19

**Original Offense:** Conspiracy to Distribute and Possess with Intent to Distribute a Mixture or Substance Containing Heroin, in violation of 21 U.S.C. § 846

**Original Sentence:** 144 months of custody followed by 96 months of supervised release
**Revocation Sentence:** Time Served 50 months of supervised release
**Reduced Sentence:** Upon completion of CARE, Supervised Release reduced by 12 months

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** 3/4/14
                                                      **Date Supervision Re-Commenced:** 2/26/18

## NON-COMPLIANCE SUMMARY

| Violation Number | Nature of Noncompliance |
|---|---|
| I | **Violation of Mandatory Condition:** The defendant shall not unlawfully possess a controlled substance.   The defendant shall refrain from any unlawful use of a controlled substance.   The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed 104 test per year, as directed by the Probation Office. |
|   | On 2/5/21, Mr. Duran submitted a urine specimen that tested positive for the presence of cocaine and fentanyl.   When questioned about these results he admitted to drug use. |

U.S. Probation Officer Action:
Subsequent to receiving the drug test results and Mr. Duran's admission to drug use, his drug testing frequency was increased.   In addition, he increased the frequency of his counseling sessions to twice weekly for additional support, which we have confirmed.   He has reported that he also plans to resume attending self-help meetings. Mr. Duran is scheduled to complete his term of supervised release on 4/25/21.   Given his honesty and accessing treatment supports, we are not requesting court action at this time. The Probation Office will continue to monitor Mr. Duran's compliance and follow through with treatment supports, and will notify the Court accordingly of any further noncompliance.

Prob 12A -2- Report on Offender Under Supervision

Reviewed/Approved by: Respectfully submitted,

*/s/ Lisa M. Paiva* */s/ Thomas C, Mullen, III*
Lisa M. Paiva by Thomas C. Mullen, III
Supervisory U.S. Probation Officer Senior U.S. Probation Officer
Date: 2/22/2021

---

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ X ] Approved
[   ] Submit a Request for Modifying the Conditions or Term of Supervision
[   ] Submit a Request for Warrant or Summons
[   ] Other

/s/ Leo T. Sorokin
Signature of Judicial Officer

February 23, 2021
Date